## Commonwealth ex rel. Carey, Appellant, *v.* Burke, Warden.

Submitted May 25, 1950. Before DREW, C. J., STERN, STEARNE, JONES and BELL, JJ.

*Thomas C. Carey,* appellant, in propria persona.

*John E. Ruth,* District Attorney, *John P. Wanner,* First Assistant District Attorney, and *J. Stroud Weber,* District Attorney, for appellee.

OPINION PER CURIAM, June 26, 1950:
Petition dismissed on the able opinion of Honorable WILLIAM F. DANNEHOWER, Judge.